| | AUSA: Ranya Elzein | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Allison Bowers | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America

   v.

Kenar Grant

Case: 2:26−mj−30349
Assigned To : Unassigned
Assign. Date : 6/9/2026
Description: CMP USA v Grant (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 9, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |
| 21 U.S.C. § 841(a)(1) | Possession with intent to Distribute Controlled Substance. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Allison Bowers, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___June 9, 2026___

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Allison Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2020. I am assigned to the Detroit Division's Southeast Michigan Trafficking and Exploitation Crimes Task Force ("SEMTEC") and conduct investigations into sex trafficking and child exploitation. As a Special Agent, I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those who have worked on human trafficking investigations for many years. I have also received training and experience investigating other violations of federal law, including controlled substance and healthcare fraud violations. I have experience investigating firearm and drug-related crimes and have also received training with regards to firearms.

2. As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for KENAR GRANT for violations of 18 U.S.C.

1

§ 922(g)(1) (Felon in Possession of a Firearm), 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime), and 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances).

4.     The statements contained in this affidavit are based in part on information provided by other law enforcement officers, information conveyed to me by other law enforcement officials, and my experience, training, and background as a Special Agent.

5.     This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that KENAR GRANT has violated the offense referenced in this complaint.

## PROBABLE CAUSE

6.     SEMTEC is investigating GRANT for sex trafficking an adult victim using force and coercion.

7.     On June 9, 2026, SEMTEC agents and task force officers executed a search warrant at GRANT's residence on Longacre Street in Detroit, Michigan. Probable cause exists that the Longacre address is GRANT's residence because open-source database checks for KENAR GRANT list his residence at Longacre Street, Detroit, MI. Agents also conducted surveillance of the Longacre residence

2

beginning on June 2, 2026. On June 2, agents observed GRANT exit the residence and take the trash to the curb. GRANT then reentered the residence.

8.    Agents have been conducting surveillance on the Longacre residence since June 2, 2026, and on at least two occasions (on June 2 and June 3rd) observed GRANT leaving the residence to engage in short stays— suspected drug transactions.

9.    During the search warrant execution, when agents knocked and announced their presence, GRANT and the victim came to the door.

10.    During the search of the house, agents found the following firearms propped up against the wall of the upstairs bedroom, all in plain view: (1) one loaded DPMS Rifle, bearing serial number FFH051406, (2) one Remington Shotgun, bearing serial number 211354W, and (3) one loaded Palmetto Rifle, bearing serial number PA0014326.

11.    In the same bedroom, inside of a cut-out in the wall's insultation, agents found a jar containing the following: (1) one baggie containing a powdery substance that field tested positive with a TruNarc scan for fentanyl and weighed approximately 91 grams, including packaging, (2) one baggie of suspected cutting agent that weighed approximately 57 grams, including packaging, and (3) one baggie containing a powdery substance that field tested positive with a TruNarc scan for ketamine and weighed approximately 8.63 grams. Agents also found the following in the same bedroom: (1) a digital scale, which in my training and

3

experience is used to weigh drugs to package for sale, (2) the victim's ID, and (3) approximately $2,000 in cash in one of the dresser drawers. In my training and experience, individuals who sell drugs most often collect payment in cash.

12.     In my training and experience, 91 grams of fentanyl exceeds an amount consistent with personal use and is instead consistent with narcotics trafficking.

13.     Probable cause exists that this bedroom is GRANT's bedroom. Specifically, the bedroom contained male clothing, shoes, and bedroom furniture and other items indicating it is being used as a bedroom. Additionally, in the bedroom, agents found a Michigan Department of Corrections ("MDOC") document upon which there is a handwritten letter to "wife." Handwritten on the top of that document is GRANT's MDOC prisoner number.

14.     There is probable cause to believe that the firearms were manufactured outside of the state of Michigan. ATF Special Agent Josh McClean, an interstate nexus expert, viewed photographs of the firearms, and based on his preliminary review of the images, he determined the firearms were not manufactured in the state of Michigan. There is therefore probable cause to believe that the firearms traveled in or affected interstate commerce before coming into GRANT's possession.

15.     In 2023, GRANT was charged in the Third Judicial Circuit Court in Wayne County, Michigan with one count of Delivering a Controlled Substance

4

Causing Death, three counts of Delivery/Manufacture of a Controlled Substance (Narcotic or Cocaine) Less than 50 grams, and two counts of Weapons – Felony Firearm. He pleaded guilty to one count of Weapons – Felony Firearm and was sentenced to two years' imprisonment. Because GRANT was incarcerated for more than one year, probable cause exists that before June 9, 2026, GRANT knew that he had been convicted of an offense punishable by more than one year in prison.

## CONCLUSION

16.     Based on the foregoing, there is probable cause to believe that KENAR GRANT committed violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm), 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime), and 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances).

Respectfully submitted,

_____
Allison Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date: June 9, 2026

5